UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIM. NO. 04-300-33-MAP |
| vs. | ) | |
| 1. RAYMOND ASSELIN, SR., | ) | |
| 2. ARTHUR SOTIRION, | ) | |
| 3. PETER DAVIS, | ) | |
| 4. JOHN SPANO, | ) | |
| 5. PAUL BANNICK, | ) | |
| 6. JANET ASSELIN, | ) | |
| 7. JAMES ASSELIN, | ) | |
| 8. RAYMOND ASSELIN, JR. | ) | |
| 9. JOSEPH ASSELIN, | ) | |
| 10. MELINDA ASSELIN, | ) | |
| 11. MARIA SERRAZINA, | ) | |
| 12. CHRISTOPHER ASSELIN, and | ) | |
| 13. MERYLINA ASSELIN, | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the Defendant, Janet Asselin, in the above-captioned matter.

Respectfully submitted,

*Richard Egbert* /s/
Richard M. Egbert (BBO No. 151800)
Law Office of Richard Egbert
99 Summer Street, Suite 1800
Boston, MA 02110
Tel: (617) 737.8222

## CERTIFICATE OF SERVICE

I, , Richard M. Egbert, do hereby certify that I have served the foregoing Notice of Appearance on William Welch, AUSA, by first class mail, this 23rd day of July, 2004

_____
Richard M. Egbert