UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIM. NO. 04-300-33-MAP |
| | ) | |
| vs. | ) | |
| | ) | |
| 1. RAYMOND ASSELIN, SR., | ) | |
| 2. ARTHUR SOTIRION, | ) | |
| 3. PETER DAVIS, | ) | |
| 4. JOHN SPANO, | ) | |
| 5. PAUL BANNICK, | ) | |
| 6. JANET ASSELIN, | ) | |
| 7. JAMES ASSELIN, | ) | |
| 8. RAYMOND ASSELIN, JR. | ) | |
| 9. JOSEPH ASSELIN, | ) | |
| 10. MELINDA ASSELIN, | ) | |
| 11. MARIA SERRAZINA, | ) | |
| 12. CHRISTOPHER ASSELIN, and | ) | |
| 13. MERYLINA ASSELIN, | ) | |
| Defendants. | ) | |

## NOTICE OF AUTOMATIC DISCLOSURE

In accordance with Local Rule 116.1, the defendant, Janet Asselin states that no waiver will be filed and requests that the government provide automatic discovery.

Respectfully submitted,

_Richard Egbert /RSH/_
Richard M. Egbert (BBO No. 151800)
Law Office of Richard Egbert
99 Summer Street, Suite 1800
Boston, MA 02110
Tel: (617) 737.8222

## CERTIFICATE OF SERVICE

I, Richard M. Egbert, do hereby certify that I have served the foregoing Notice of Appearance on William Welch, AUSA, by first class mail, this 23rd day of July, 2004

_Richard Egbert /s/_
Richard M. Egbert