✎ AO 456 (Rev. 5/85)  Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF             MASSACHUSETTS

UNITED STATES OF AMERICA

V.

RAYMOND ASSELIN, SR., et al.

**NOTICE**

CASE NUMBER:   04-30033-MAP

TYPE OF CASE:

☐ **CIVIL**     ☒ **CRIMINAL**

☒ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street<br>Springfield, MA 01103 | Courtroom Three |
| | DATE AND TIME |
| | August 5, 2004, at 11:00 a.m. |

TYPE OF PROCEEDING

HEARING RE: SEPARATE REPRESENTATION
OF RAYMOND ASSELIN, SR., JANET ASSELIN, JOSEPH ASSELIN, AND MELINDA ASSELIN
\*\*Counsel shall arrange for the following Defendants to be in court for the hearing:\*\*
\*\*Raymond Asselin, Sr., Janet Asselin, Joseph Asselin, and Melinda Asselin.\*\*

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three | | |

TONY ANASTAS, CLERK
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

| August 2, 2004 | /s/ Bethaney A. Healy |
|---|---|
| DATE | (BY) DEPUTY CLERK |

TO:    All counsel of record