UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIM. NO. 04-300-33-MAP |
| ) | |
| vs. ) | |
| ) | |
| 1. RAYMOND ASSELIN, SR., ) | |
| 2. ARTHUR SOTIRION, ) | |
| 3. PETER DAVIS, ) | |
| 4. JOHN SPANO, ) | |
| 5. PAUL BANNICK, ) | |
| 6. JANET ASSELIN, ) | |
| 7. JAMES ASSELIN, ) | |
| 8. RAYMOND ASSELIN, JR. ) | |
| 9. JOSEPH ASSELIN, ) | |
| 10. MELINDA ASSELIN, ) | |
| 11. MARIA SERRAZINA, ) | |
| 12. CHRISTOPHER ASSELIN, and ) | |
| 13. MERYLINA ASSELIN, ) | |
| Defendants. ) | |

## MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

Defendants Raymond Asselin, Sr. and Janet Asselin respectfully request that this Court modify the terms of their pre-trial release as follows.

Mrs. Negri, Mrs. Asselin's sister, is celebrating her 70th birthday, is recently widowed, and has no other close relatives. Mr. and Mrs. Asselin would like to attend this important family function, which will be held in Rye, New York on August 18, 2004. Mr. and Mrs. Asselin would be traveling by car to Mrs. Lela Negri's house, 76 Platt Lane, Rye, NY 10580, telephone: (914) 967-3786.

WHEREFORE, Mr. and Mrs. Asselin seek permission to travel to Rye, New York on August 18, 2004.

Respectfully submitted,

*Richard Egbert /TSH*
Richard M. Egbert (BBO No. 151800)
Law Office of Richard Egbert
99 Summer Street, Suite 1800
Boston, MA 02110
Tel: (617) 737.8222

## CERTIFICATE OF SERVICE

I, , Richard M. Egbert, do hereby certify that I have served the foregoing document on William Welch, AUSA, by first class mail, and Irma Garcia-Zingarelli at Pretrial Services, this 12th day of August, 2004

*Richard M. Egbert /TSH*
Richard M. Egbert