UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) CRIM. NO. 04-30033-MAP |
| vs. | ) |
| **RAYMOND ASSELIN, SR., et al.** | ) |
| **Defendants.** | ) |

**THIRD STATUS CONFERENCE**
**JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(A)**

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and William M. Welch II, Assistant United States Attorney, hereby files this joint memorandum pursuant to Local Rule 116.5(A) and the Magistrate Judge's Scheduling Order as follows:

1.   The parties agree that relief should be granted from the otherwise applicable timing requirements imposed by Local Rule 116.3.  This case has been designated a complex case.

2.   As stated in its previous joint memorandum, defendants Christopher Asselin, Maria Serrazina and Peter Davis have requested discovery under FRCP 16(a)(1)(G).  To date, no other defendants have requested such discovery.  The Government hereby renews its request for reciprocal discovery under FRCP 16(b)(1))(C), and defendants Christopher Asselin, Maria Serrazina

1

and Peter Davis agree to provide reciprocal discovery under FRCP 16(b)(1)(C) by this agreement.

3. To date, counsel for two of the defendants -- defendants Peter Davis and Paul Bannick -- have begun to review the automatic discovery currently located at the FBI. Counsel for one defendant -- defendant Merylena Asselin -- has notified the Government that he intends to examine the evidence at some unspecified time in the near future. Therefore, the parties believe that it is premature to state whether or not they expect to provide any additional discovery in the future.

4. The parties agree that a motion date should not be set under FRCP 12(c) at this time. Until discovery has been reviewed, the parties are not in a position to set any motion dates. The parties anticipate filing motions.

5. Given this case's designation as a complex case, no time will have run on the Speedy Trial Clock as of June 27th, 2005, the date of the status conference.

6. The parties believe at this point that a trial should be anticipated. At this time, the Government would estimate a trial of two to three months.

7. A final status conference should be set for August, 2005. Defendant Davis believes that another interim status conference should be set for August, 2005.

Filed this 23rd day of June, 2005.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

        */s/ William M. Welch II*
        ―――――――――――――――――――
        WILLIAM M. WELCH II
        Assistant United States Attorney

For defendants Raymond and Janet Asselin:

―――――――――――――――――――
RICHARD EGBERT, ESQ.

For defendant Arthur Sotirion:

―――――――――――――――――――
VINCENT BONGIORNI, ESQ.

For defendant Peter Davis:

*/s/ James Rehnquist by WMW*
―――――――――――――――――――
JAMES REHNQUIST, ESQ.

For defendant John Spano:

―――――――――――――――――――
THOMAS ROOKE, ESQ.

For defendant James Asselin:

―――――――――――――――――――
ROY ANDERSON, ESQ.

3

For defendant Maria Serrazina

---

THOMAS LESSER, ESQ.

For defendants Joseph and Melinda Asselin

---

BERNARD GROSSBERG, ESQ.

For defendant Christopher Asselin:

*Thomas Kiley by WMK*
THOMAS KILEY, ESQ.

For defendant Merylina Asselin:

---

DAVID HOOSE, ESQ.

For defendant Raymond Asselin, Jr.

---

JOSEPH BALLERO, ESQ.
Counsel for defendant Asselin

CERTIFICATE OF SERVICE

Hampden, ss.                  Springfield, Massachusetts
June 22, 2005

I, William M. Welch, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mailing said motion to:

Richard M. Egbert, Esq.
99 Summer Street
Suite 1620
Boston, MA   02110

Vincent A. Bongiorni, Esq.
95 State Street
Springfield, MA   01103

James C. Rehnquist, Esq.
Goodwin Proctor & Hoar
Exchange Place
Boston, MA 02109

Thomas Rooke, Esq.
73 Chestnut Street
Springfield, MA 01103

Steven W. Leary, Esq.
95 State Street
Springfield, MA 01103

Roy H. Anderson, Esq.
Box 1420
Springfield, MA   01101

Thomas Lesser, Esq.
Lesser, Newman, Souweine & Nasser
39 Main Street
Northampton, MA   01060

Bernard Grossberg, Esq.
99 Summer Street
Suite 1800
Boston, MA   02110

Thomas R. Kiley, Esq.
Cosgrove, Eisenberg & Kiley
1 International Place
Boston, MA   02110

David P. Hoose, Esq.
Katz, Sasson, Hoose & Turnbull
1145 Main Street
Springfield, MA   01103

Joseph Ballero, Esq.
99 Summer Street
Suite 1800
Boston, MA   02110

_____
WILLIAM M. WELCH II
Assistant United States Attorney

5