```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,     )  CRIM. NO. 04-30033-MAP
                              )
        vs.                   )
                              )
RAYMOND ASSELIN, SR., et al.  )
                              )
              Defendants.     )
```

### MOTION TO CONTINUE DATE TO FILE STATEMENT OF FACTS FOR PSR

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and William M. Welch II, Assistant United States Attorney, hereby files this motion requesting that the date for the Government's Statement of Facts to the U.S. Probation Office be continued to October 6, 2006. As grounds, the Government states that:

1. The facts relating to this case are complex, and it will require a considerable amount of time for the Government to compile its Statement of Facts. The Government will not be able to accurately convey the case to the U.S. Probation Office or the court without additional time.

2. The Government intends to write an omnibus Statement of Facts for all defendants. The last defendants subject to the package plea agreement are scheduled to enter their guilty pleas on September 13, 2006.

Filed this 1st day of September, 2006.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney


                              /s/ William M. Welch II
                              WILLIAM M. WELCH II
                              Assistant United States Attorney

CERTIFICATE OF SERVICE

Hampden, ss.                                Springfield, Massachusetts
                                            September 1, 2006

    I, William M. Welch, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mailing said motion to:

Richard M. Egbert, Esq.                     Vincent A. Bongiorni, Esq.
99 Summer Street                            95 State Street
Suite 1620                                  Springfield, MA  01103
Boston, MA  02110

Thomas Rooke, Esq.
73 Chestnut Street
Springfield, MA 01103


Mark Mastrioanni, Esq.                      Roy H. Anderson, Esq.
95 State Street                             Box 1420
Springfield, MA 01103                       Springfield, MA  01101

Thomas Lesser, Esq.                         Bernard Grossberg, Esq.
Lesser, Newman, Souweine & Nasser           99 Summer Street
39 Main Street                              Suite 1800
Northampton, MA  01060                      Boston, MA  02110

Thomas R. Kiley, Esq.                       David P. Hoose, Esq.
Cosgrove, Eisenberg & Kiley                 Katz, Sasson, Hoose & Turnbull
1 International Place                       1145 Main Street
Boston, MA  02110                           Springfield, MA  01103

Joseph Ballero, Esq.
99 Summer Street
Suite 1800
Boston, MA  02110


                                               /s/ William M. Welch II
                                            WILLIAM M. WELCH II
                                            Assistant United States Attorney