UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | CR-N-04-30033-MAP |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | |
| **JANET ASSELIN,** ) | |
| ) | |
| **Defendant.** ) | |

**GOVERNMENT'S SENTENCING MEMORANDUM FOR DEFENDANT JANET ASSELIN**

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Steven H. Breslow, Assistant United States Attorney, hereby files the Government's Supplemental Sentencing Memorandum For Defendant Janet Asselin.

The government respectfully submits this Supplemental Sentencing Memorandum to clarify its position at page 7 of its initial Sentencing Memorandum (Docket No. 417) that although the defendant does not warrant a minimal role reduction for her commission of the tax fraud alleged in Count 109, she does warrant a minor role reduction, particularly when compared to the extensive conduct of her co-defendant and husband, Raymond Asselin, Sr.  In

the defendant's Plea Agreement (Docket No. 217), the government expressly agreed to this minor role reduction.

Filed this 28th day of February, 2007.

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                  United States Attorney

                                  /s/ Steven H. Breslow
                                  STEVEN H. BRESLOW
                                  Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

Hampden, ss.                              Springfield, Massachusetts
                                          February 28, 2007

    I, Steven H. Breslow, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by electronically filing said motion to:

Richard Egbert, Esq.
99 Summer Street
Boston, MA 02110
Counsel for defendant Janet Asselin


                                       <u>/s/ Steven H. Breslow</u>
                                       STEVEN H. BRESLOW
                                       Assistant United States Attorney