UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:04CR30033-006-MAP |
| | ) | |
| JANET ASSELIN, | ) | |
| Defendant. | ) | |

**SATISFACTION OF JUDGMENT**

Now comes the plaintiff, the United States of America, and acknowledges satisfaction of

the assessment, fine and/or restitution Judgment as to the defendant in the above-captioned

matter, Janet Asselin, by payment in full.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/   Christopher R. Donato
CHRISTOPHER R. DONATO
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3303

Dated: May 16, 2007

**CERTIFICATE OF SERVICE**

Boston, s.s.                                                                                    Boston, MA

I hereby certify that on this date a copy of this document was filed through the ECF
system and sent to Janet Asselin, located at  Springfield, MA electronically to any registered
participants and/or a paper copy was sent by mail to those indicated as non-registered
participants.

  /s/   Christopher R. Donato
CHRISTOPHER R. DONATO
Assistant U.S. Attorney